UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO J. SEVERSON,<br><br>               Plaintiff,<br><br>    v.<br><br>POLARIS AT RAINER BEACH, *et al.*,<br><br>               Defendants. | Case No. C25-949-JNW<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's application to proceed IFP (dkt. # 1) is DENIED. Plaintiff is directed to pay the $405.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to close the case.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

ORDER - 1

Dated this 3rd day of July, 2025.

                                                  Jamal N. Whitehead
                                                  United States District Judge

ORDER - 2